### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERTHA MATTHEWS AND CHADRICK STEPTEAU | * | CIVIL DOCKET NO: |
| | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| VANNESS ALLEN, MIDSTREAM TRANSPORTATION COMPANY AND HARTFORD FIRE INSURANCE COMPANY | * | MAG. JUDGE: |

### NOTICE OF REMOVAL

Defendants, Vanness Allen and Hartford Fire Insurance Company ("Hartford"), file this notice of removal on the following grounds:

### THE REMOVED CASE

**1.**

On May 26, 2022, a Petition for Damages was filed on behalf of plaintiffs, Albertha Matthews and Chadrick Stepteau, in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, styled "*Albertha Matthews and Chadrick Stepteau v. Vanness Allen, Midstream Transportation Company, and Hartford Fire Insurance Company,*" bearing Docket Number 81,599, Section B.

**2.**

On June 10, 2022, defendant, Hartford, was served with the Petition for Damages through its registered agent, the Louisiana Secretary of State.

**3.**

On June 10, 2022, defendant, Vanness Allen, was served via the Long Arm Statute.

1

**4.**

On May 26, 2022, service was requested on defendant, Midstream Transportation Company. However, the sheriff was "unable to serve" Midstream Transportation Company.

**5.**

Attached hereto as Exhibit A, *in globo*, is a complete copy of all pleadings currently filed in the court record for the 18th Judicial District Court.

**6.**

In their Petition, plaintiffs allege that on or about June 8, 2021, Albertha Matthews was operating, and Chadrick Stepteau was a guest passenger in, a 2017 Nissan Versa traveling northbound on LA 75 in Iberville Parish, Louisiana when a 2013 Kenworth tractor tanker operated by Vanness Allen and owned by Midstream Transportation Company, making a left turn from a private driveway allegedly, caused a collision between the two vehicles.

**7.**

As a result of this accident, plaintiff, Albertha Matthews, alleges that she sustained personal injuries to her neck, back, shoulder, and right knee. Plaintiff, Albertha Matthews, itemizes her damages as follows:

(a)    Physical pain and suffering – past, present, and future;
(b)    Mental pain and suffering – past, present, and future;
(c)    Loss of enjoyment of life – past, present, and future;
(d)    Loss of wages and wage earning capacity – past, present, and future;
(e)    Medical expenses – past, present, and future; and
(f)    Any and all damages which shall be proven at the trial of this matter.

**8.**

As a result of this accident, plaintiff, Chadrick Stepteau, alleges that he sustained personal injuries to his back, neck, and head/headaches. Plaintiff, Chadrick Stepteau, itemizes his damages as follows:

2342001.v1

(a)    Physical pain and suffering – past, present, and future;
(b)    Mental pain and suffering – past, present, and future;
(c)    Loss of enjoyment of life – past, present, and future;
(d)    Loss of wages and wage earning capacity – past, present, and future;
(e)    Medical expenses – past, present, and future; and
(f)    Any and all damages which shall be proven at the trial of this matter.

## BASIS OF JURISDICTION

### 9.

Defendants aver that this Court has original jurisdiction over the claims asserted by plaintiffs pursuant to the provisions of 28 U.S.C. § 1332 and 1441, as this is a civil action between citizens of different states and the amount in controversy is in excess of $75,000, exclusive of interests and costs.

## PARTIES AND DIVERSITY OF CITIZENSHIP

### 10.

Defendants show that there is complete diversity of citizenship between plaintiffs and defendants.

### 11.

Plaintiff, Albertha Matthews, is domiciled in the Parish of Iberville, State of Louisiana. Accordingly, Albertha Matthews is a citizen of the State of Louisiana.

### 12.

Plaintiff, Chadrick Stepteau, is domiciled in the Parish of Iberville, State of Louisiana. Accordingly, Chadrick Stepteau is a citizen of the State of Louisiana.

### 13.

Defendant, Hartford, is a Connecticut corporation that has its principal place of business in Connecticut. Accordingly, Hartford is deemed to be a citizen of the State of Connecticut.

2342001.v1

**14.**

Defendant, Vanness Allen, is domiciled in Harris County, State of Texas. Accordingly, Vanness Allen is a citizen of the State of Texas.

**15.**

Defendant, Midstream Transportation Company, is a non-Louisiana partnership with its principal place of business in Texas. Midstream Transportation company has two partners, Josh McAdams and Lisa McAdams, who are both domiciled in Shelby County, State of Texas. Accordingly, defendants aver that Midstream Transportation Company is deemed to be a citizen of Texas.

**16.**

Because plaintiffs are citizens of Louisiana, and the defendants are citizens of Connecticut and Texas complete diversity exists.

## AMOUNT IN CONTROVERSY

**17.**

Defendants state that, based upon the allegations of plaintiffs' petition for damages, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**18.**

Plaintiffs do not plead, and Louisiana law does not allow plaintiffs to plead, a specific amount of damages. La. Code Civ. Proc. art. 893(a)(1). In such circumstances, the Fifth Circuit permits removal under 28 U.S.C. § 1332(c)(2)(B) if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882 (5th Cir. 2000).

**19.**

As a result of the accident at issue, plaintiffs allege that they sustained personal injuries. As a result of these injuries, plaintiffs claim that they each sustained the following damages:

(a)    Physical pain and suffering – past, present, and future;
(b)    Mental pain and suffering – past, present, and future;
(c)    Loss of enjoyment of life – past, present, and future;
(d)    Loss of wages and wage earning capacity – past, present, and future;
(e)    Medical expenses – past, present, and future; and
(f)    Any and all damages which shall be proven at the trial of this matter.

**20.**

Upon information and belief both plaintiffs have undergone diagnostic testing and have been referred to pain management with various spine complaints. Further, upon information and belief, both plaintiffs have been seen by a psychologist relating to post-traumatic stress disorder they have allegedly suffered as a result of the subject accident.

**21.**

Therefore, based on the allegations made in plaintiffs' petition for damages and plaintiffs' pain management and psychological treatment, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**22.**

Plaintiffs have not filed a binding stipulation with the petition that any recovery obtained will be limited to $75,000.00.

**23.**

Accordingly, defendants show that this Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a), in that the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs, and this is an action between citizens of different states.

**REMOVAL IS TIMELY**

**24.**

Defendants show that this Notice of Removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. § 1446(b)(3) and §1446(c)(3)(A), as notice was filed within 30 days of service of plaintiffs' petition for damages.

**CONSENT**

**25.**

As defendant, Midstream Transportation Company, has not been served, its consent to this removal is not necessary.

**VENUE**

**26.**

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. § 1441(a), as the United States District Court for the Middle District of Louisiana embraces Iberville Parish and the 18th Judicial District Court, where the state court action is pending.

**27.**

Based on the foregoing, defendants show that this matter is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq.*

**28.**

Written notice of the filing of this removal will be sent to the adverse party as required by law.

**29.**

A copy of this Notice of Removal is being filed with the Clerk of Court for the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, as required by law.

2342001.v1

**WHEREFORE**, Defendants, Vanness Allen and Hartford Fire Insurance Company, pray that the action be removed to this Court and that the action be placed on the docket of the Court for further proceedings as though it were originally instituted in the Court.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, LLP**
One American Place, 23rd Floor
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 387-4000
Fax: (225) 381-8029

/s/ Alexa Candelora
Douglas K. Williams, T.A. (#2187)
Alexa Candelora (#39134)
*Counsel for Vanness Allen and Hartford Fire Insurance Company*

2342001.v1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ALBERTHA MATTHEWS AND CHADRICK STEPTEAU | * * * | CIVIL DOCKET NO: |
| VERSUS | * * | JUDGE: |
| VANNESS ALLEN, MIDSTREAM TRANSPORTATION COMPANY AND HARTFORD FIRE INSURANCE COMPANY | * * * | MAG. JUDGE: |

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

**BEFORE ME,** the undersigned authority, personally came and appeared

**ALEXA CANDELORA**

who, after being duly sworn, did depose and say that the allegations contained in the Notice of Removal filed herein are true and correct to the best of her knowledge, information, and belief.

Alexa Candelora

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this _8th_ day of July, 2022, Baton Rouge, Louisiana.

NOTARY PUBLIC

Printed Name: _Lisa G. Minchew_
Notary ID No./La. Bar Roll No.: _145051_
My Commission Expires: _Death_

8

2342001.v1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ALBERTHA MATTHEWS AND CHADRICK STEPTEAU | * * * | CIVIL DOCKET NO: |
| VERSUS | * * | JUDGE: |
| VANNESS ALLEN, MIDSTREAM TRANSPORTATION COMPANY AND HARTFORD FIRE INSURANCE COMPANY | * * * | MAG. JUDGE: |

## PROOF OF SERVICE

Alexa Candelora, being duly sworn, does depose and say that she is a member of the bar of the State of Louisiana, is admitted to practice before the United States District Court, Middle District of Louisiana, is a member of the firm Breazeale, Sachse & Wilson, L.L.P., and is counsel for defendants, Vanness Allen and Hartford Fire Insurance Company.

Affiant further states that, on the _____ day of July, 2022, after the Notice of Removal is filed with the above Court, she is forwarding a copy of said Notice of Removal and attachments via facsimile and/or electronic mail and by depositing same in the U.S. Mail, postage prepaid and properly addressed to:

Douglas K. Foster
220 S. Burnside Ave
Gonzales, Louisiana 70737
T: (225) 214-0644
F: (225) 490-4515

Affiant further states that, on the same day, immediately following the delivery of the aforesaid papers, she is having a copy of the notice of removal filed with the Clerk of Court for the 18th Judicial District Court, Parish of Iberville, State of Louisiana, for filing in the matter entitled, *"Albertha Matthews and Chadrick Stepteau versus Vanness Allen, Midstream*

9

2342001.v1

*Transportation Company and Hartford Fire Insurance Company*," bearing Docket Number 81,599, Section "B."

Alexa Candelora

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this _8th_ day of July, 2022, Baton Rouge, Louisiana.

NOTARY PUBLIC

Notary Name Printed: _Lisa G. Minchew_
Notary ID No.: _145051_
My Commission Expires: _Death_

10

2342001.v1

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERTHA MATTHEWS AND CHADRICK STEPTEAU | * | CIVIL DOCKET NO: |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| VANNESS ALLEN, MIDSTREAM TRANSPORTATION COMPANY AND HARTFORD FIRE INSURANCE COMPANY | * | MAG. JUDGE: |

### NOTICE TO ADVERSE PARTY

TO:  Douglas K. Foster
     220 S. Burnside Ave.
     Gonzales, Louisiana 70737

**YOU ARE HEREBY NOTIFIED** that defendants, Vanness Allen and Hartford Fire Insurance Company, have filed the attached Notice of Removal, along with other attached documents, with the Clerk of Court for the United States District Court, Middle District of Louisiana, and a copy of said Notice of Removal has been filed with the Clerk of Court for the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, LLP**
One American Place, 23rd Floor
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 387-4000
Fax: (225) 381-8029

*/s/ Alexa Candelora*
Douglas K. Williams, T.A. (#2187)
Alexa Candelora (#39134)
*Counsel for Vanness Allen and Hartford Fire Insurance Company*

11

2342001.v1