# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALBERTHA MATTHEWS, ET AL.

VERSUS

VANNESS ALLEN, ET AL.

CIVIL ACTION

22-452-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated December 27, 2022, to which an *Objection*[3] was filed. The Court conducted a *de novo* review. The Magistrate Judge's *Report and Recommendation* is supported by binding authority which properly supports the concern that the Defendants failed to demonstrate by a preponderance of the evidence that at least one of its damages are likely to exceed the jurisdictional limit.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand* is GRANTED and this matter is REMANDED to the 18th Judicial District Court, Parish of Iberville for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on this 14 day of February, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 20.
[3] Rec. Doc. 21.